United States Department of Justice
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas  75242
(214) 767-1080

Lisa L. Lambert,
For the United States Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | | |
|---|---|---|---|
| In Re: | § | | |
| | § | **Case No:** | **17-42560-MXM-7** |
| **Harley Reginald McDaniel, Sr.,** | § | | |
| | § | **Hearing:** | |
| | § | | |
| **Debtor.** | § | | |

### Stipulation of Dismissal in Connection with United States Trustee's
### Motion to Dismiss Case Under 11 U.S.C. § 707(a)

TO THE HONORABLE MARK X. MULLIN,
UNITED STATES BANKRUPTCY JUDGE:

The United States Trustee for Region 6 (the "U.S. Trustee"), Harley Reginald McDaniel, Sr. (the "Debtor'), and Mannatech, Inc. ("Mannatech") stipulate to the dismissal of the United States Trustee's Motion to Dismiss under 11 U.S.C. § 707(a) (Dismissal Motion") *Docket Entry 17, filed 08/25/2017.*  In support the parties represent as follows:

### Statement of Facts

1.      Harley Reginald McDaniel, Sr. ("Debtor") filed his voluntary chapter 7 bankruptcy petition, schedules, and statements on June 20, 2017.  The Debtor is an 81-year old retired pathologist.

2.      On August 25, 2017, the United States Trustee filed the Dismissal Motion.

3.      On September 14, 2017, Mannatech, Inc., one of the Debtor's creditors, filed a response to the Dismissal Motion.  *Docket Entry 27.*

4.      On September 15, 2017, the Debtor objected to the Dismissal Motion. *Docket Entry 30.*

5.      Neither Mannatech nor the Debtor  made any claims or sought any affirmative relief in their  responses to the Dismissal Motion.

6.      On September 20, 2017, the Court conducted a hearing on the Dismissal Motion. The United States Trustee, Mannatech, and the Debtor participated.  No other party-in-interest appeared.  The Court took the issue under advisement.

7.      No class action, derivative action, or unincorporated association is a party to the Dismissal Motion or the bankruptcy case. *Fed. R. Civ. P. 41(a)(1)(A), made applicable under Fed. R. Bankr. P. 7041 and Fed. R. Bankr. P. 9014.*

8.      No complaint objecting to discharge is pending. *Fed. R. Bankr. P. 7041.*

9.      The United States Trustee stipulates to dismissal of his Dismissal Motion.

10.     The stipulation is with prejudice to raising the identical factual and legal allegations raised in the Dismissal Motion.

11.     Accordingly, any subsequently-filed motion to dismiss must allege new, additional omissions or inaccuracies in bankruptcy filings, disclosures, or testimony.

12.     A party-in-interest may use the facts raised in the Dismissal Motion to establish the cumulative nature of omissions and inaccuracies and therefore evidence a finding of materiality or "cause" to dismiss.

13.     Within five (5) days from the date of the filing of this Stipulation, the parties agree to propose an agreed order clarifying that the deadlines for objections to exemptions and dischargeability of debt expire Monday, November 13, 2017.

14.     As reflected by the signatures below, Mannatech and the Debtor consent to dismissal of the Dismissal Motion.

## Applicable Law

15.     Under Fed. R. Bankr. P. 7041(a)(1)(A), the United States Trustee may dismiss his Dismissal Motion "without a court order" if he files a "stipulation of dismissal signed by all parties who have appeared."

16.     Accordingly, this stipulation of dismissal terminates the Dismissal Motion.

DATED: October 11, 2017                     Respectfully submitted,

                                            WILLIAM T. NEARY
                                            UNITED STATES TRUSTEE

                                            */s/ Lisa L. Lambert*
                                            Lisa L. Lambert
                                            Assistant U.S. Trustee
                                            TX SBN 11844250 and NY
                                            Office of the United States Trustee
                                            1100 Commerce Street, Room 976
                                            Dallas, Texas 75242
                                            Lisa.L.Lambert@usdoj.gov
                                            (214) 767-1080

**AGREED AS TO SUBSTANCE AND FORM.**

FOR HARLEY REGINALD McDANIEL, SR, DEBTOR

*Warren V. Norred (by permission LLL)*
Warren V. Norred
TX SBN 24045094
Norred Law, PLLC
200 E. Abram, Suite 300
Arlington, TX 76010
wnorred@norredlaw.com
(817)704-3984

FOR MANNATECH, INC., CREDITOR

*Mark Stromberg (by permission LLL)*
Mark Stromberg
TX SBN 19408830
Stromberg Stock
8750 N Central Expwy, Ste 625
Dallas, TX 75231
(972) 458-5335
mark@strombergstock.com

## Certificate of Service

I , Lisa L. Lambert, certify that on October 12, 2017, a copy of this stipulation was served by ECF notification on all parties filing a responsive pleading and all parties filing notices of appearance at the email addresses reflected below.  In addition, on October 12, 2017, a first class mail copy was served on the Debtor at the mailing address listed below.

**Warren V. Norred**
Norred Law, PLLC
200 E. Abram, Suite 300
Arlington, TX 76010
wnorred@norredlaw.com

**Mark Stromberg**
Stromberg Stock
Northpark Center
8750 N Central Expwy, Ste 625
Dallas, TX 75231
mark@strombergstock.com

**Areya Holder, Chapter 7 Trustee**
Law Office of Areya Holder, P.C.
800 W. Airport Freeway Suite 800
Irving, TX 75062
trustee@holderlawpc.com
areya@holderlawpc.com

**Stephen A. Roberts**
Strasburger & Price, LLP
720 Brazos Street, Suite 700
Austin, TX 78701
stephen.roberts@strasburger.com

**Harley Reginald McDaniel, Sr.**
4 Woodland Drive
Mansfield, TX 76063
(Mail)